No. 5940. HAINES *v.* KERNER ET AL. C. A. 7th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 238. OLSON BODIES, INC., FORMERLY GRUMMAN ALLIED INDUSTRIES, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied.

No. 900. YORK ET UX. *v.* BOARD OF EDUCATION OF INDEPENDENT SCHOOL DISTRICT 89, OKLAHOMA COUNTY. C. A. 10th Cir. Certiorari denied.

No. 963. MACK *v.* FLORIDA STATE BOARD OF DENTISTRY. C. A. 5th Cir. Certiorari denied.

No. 1113. LEE WAY MOTOR FREIGHT, INC. *v.* JONES ET AL. C. A. 10th Cir. Certiorari denied.

No. 1116. GALTIERI *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 1117. FEIN *v.* FOLLETTE, WARDEN. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 1118. THOMAIDIS ET UX. *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 1122. METROPOLITAN FEDERAL SAVINGS & LOAN ASSOCIATION OF NEW YORK *v.* EAST BROOKLYN SAVINGS BANK, AKA METROPOLITAN SAVINGS BANK, ET AL. C. A. 2d Cir. Certiorari denied.